# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1227
_____

United States of America

*Plaintiff - Appellee*

v.

Taft Cornelius Burtton

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Western
_____

Submitted: July 8, 2025
Filed: July 11, 2025
[Unpublished]
_____

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Taft Burtton appeals the sentence the district court[1] imposed after he pleaded guilty to drug and firearm offenses pursuant to a written plea agreement. His counsel

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Having reviewed the record under a deferential abuse-of-discretion standard of review, we conclude the district court did not impose a substantively unreasonable sentence, as the court considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); *see also United States v. McCauley*, 715 F.3d 1119, 1127 (8th Cir. 2013) (explaining that when a district court varies below the Guideline range, "it is nearly inconceivable" that the court abused its discretion in not varying further). Finally, we have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw and affirm the judgment.

_____